UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| Robert C. Gard | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:11-CV-061 |
| | ) | |
| P&B Trucking, Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robert C. Gard and Defendant P&B Trucking, Inc., by counsel, hereby stipulate and agree to the dismissal with prejudice of the above-captioned cause of action, in its entirety, including all claims that were brought or could have been brought, and with each party to bear its own costs and attorneys' fees.

So Stipulated and Agreed by the parties:

/s/ Nathaniel O. Hubley
Nathaniel O. Hubley (28609-64)
(nhubley@tbalawyers.com)
THEISEN BOWERS & ASSOCIATES, LLC
810 South Calhoun Street, Suite 210
Fort Wayne, IN  46802
Telephone:  (260) 422-4255
Facsimile:  (260) 422-4245

ATTORNEY FOR PLAINTIFF

/s/ Linda A. Polley
Eric M. Wilkins (25869-02)
(ewilkins@hsk-law.com)
Linda A. Polley (10897-02)
(lpolley@hsk-law.com)
HUNT SUEDHOFF KALAMAROS, LLP
803 South Calhoun Street, Suite 900
Fort Wayne, Indiana 46802
Telephone:  (260) 423-1311

ATTORNEYS FOR DEFENDANT